[1190.]

## WILLIAM HOFFMAN, RESPONDENT, v. F. BOSCH, APPELLANT.

ACTION FOR BREACH OF WARRANTY OF TITLE—MEASURE OF DAMAGES.—In an action to recover damages for breach of warranty of title to real estate, the measure of damages is the value of the property at the time of sale, to be ascertained by the purchase money, with interest thereon, and reasonable costs, if any were expended in defense of title by plaintiff.

VERDICT CONTRARY TO LAW—NEW TRIAL.—The court properly instructed the jury as to the measure of damages, and they brought in a verdict contrary to such instruction ;  Held, that the court properly granted a new trial.

APPEAL from the District Court of the Seventh Judicial District, Washoe County.

*Wm. Webster*, for Appellant.

*J. F. Alexander*, for Respondent.

By the Court, HAWLEY, C. J.:

Upon the trial of this action, to recover damages for breach of warranty of title to real estate, the court gave the following instruction :

"If the jury find that there has been a breach of warranty of the title to the real estate in question    *    *    *    the measure of damages is the value of the property at the

time of sale, to be ascertained by the purchase money, with interest thereon, and reasonable costs, if any were expended in defense of title by plaintiff."

The jury found a verdict in favor of plaintiff for the sum of one hundred and fifty dollars. The court, upon motion of plaintiff, granted a new trial upon the ground that the jury in assessing the damages, failed to determine the amount, from the testimony, upon the rules announced in the instruction. The instruction stated the measure of damages correctly (*Dalton* v. *Bowker*, 8 Nev. 190), and it was the duty of the jury to have followed this instruction in assessing the damages. The verdict, as rendered, was not justified by the law or by the evidence. From the undisputed testimony in the case, the plaintiff, if he recovered in the action, was entitled to a larger sum than was awarded him by the jury.

The order of the district court granting a new trial is affirmed.